FROM :ANDREW J SPINNEL ESQ        FAX NO. :212 696 2611        Nov. 02 2005 12:48PM P2/2
11/02/2005  11:05    212-661-8989           EPSTEIN BECKER&GR:                PAGE  03

*KAPLAN'S.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------- X
                                                    :
SUSAN GURNETT,                                       :    05 CV 5134 (LAK)
                                                    :
                            Plaintiff,              :
                                                    :
         - against -                                :    STIPULATION
                                                    :
MITSUI & CO. (USA), INC.,                            :
                                                    :
                            Defendant.              :
--------------------------------------------------- X

             IT IS HEREBY STIPULATED and agreed, by and between the undersigned, that

(1) the discovery deadline be adjourned from November 20, 2005 to January 20, 2006, and (2)

that the joint pretrial order, currently due to filed on December 20, 2005, be filed on or before

March 3, 2006.

New York, New York
November 2, 2005

FLOYD S. WEIL, ESQ.                                  EPSTEIN BECKER & GREEN, P.C.

By: _____                       By: _____
    Floyd S. Weil, Esq. (FW-0233)                        Barry Asch (BA-6812)
                                                         Lauren Malanga Casey (LM-9595)
21 East 40th Street, 21st Floor                      250 Park Avenue
New York, New York 10016                             New York, New York 10177-0077
Attorney for Plaintiff                               Attorneys for Defendant

SO ORDERED

United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/05
```

No reason having
been shown, the
request is denied.

SO ORDERED

_____
L. A. KAPLAN, USDJ
11/7/05